```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :    07 Civ. (Cr) 0837 (VM)
    - against -                      :         ORDER
                                     :
    Rachel Luther           .        :
                                     :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The ~~C.J.A.~~ attorney assigned to this case _Lance Lazzaro_ (Attorney's Name) is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to _Nancy Ennis_ (Attorney's Name).

SO ORDERED.

Dated:   New York, New York
         September 21, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-07
```

_____
VICTOR MARRERO
U.S.D.J.