## QUIJANO & ENNIS, P.C.
ATTORNEYS AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Members of the Firm

Nancy Lee Ennis, Esq.
Peter Enrique Quijano, Esq.

June 23, 2008

**By Fax (212) 805 - 6382**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York   10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6-24-08

Re: *U.S. v. Celaj et al., Rachel Luther*, 07 Cr. 837 (VM)
Request for Temporary Bail Modification

Dear Judge Marrero:

I am the attorney for the defendant Rachel Luther in the above-referenced matter, having been appointed to represent her pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. The purpose of this letter is respectfully to request that the Court order a temporary modification to the terms and conditions of her pre-trial release. Presently, Ms. Luther's travel is restricted to the Southern and Eastern Districts of New York. Ms. Luther respectfully requests that this condition be temporarily modified to permit her to travel to Bensalem, Bucks County, Pennsylvania, on July 17, 2008, to take part in a family get-together and vacation, and to return on July 22, 2008. I have conferred with Assistant United States Attorney Katherine Goldstein, who has advised me that the Government has no objection to this request. Ms. Luther is not required to report regularly to Pre-Trial Services. Thank you very much for your consideration of this request.

Respectfully submitted,

Nancy Lee Ennis

cc: Assistant U. S. Attorney Katherine Goldstein,

Request GRANTED. The bail conditions of defendant Rachel Luther herein are modified to permit travel to Bensalem, PA on 7-17-08 thru 7-22-08 for the purposes and on the terms and conditions set forth above.

SO ORDERED:

6-23-08
DATE

VICTOR MARRERO, U.S.D.J.